(November 24, 1986)

■ AFFILIATED CREDIT ADJUSTERS, INC., Respondent, v CARLUCCI & LEGUM et al., Appellants.

Special Term properly held that the plaintiff's complaint filed with the Grievance Committee for the Tenth Judicial District was privileged and is not actionable (see, Wiener v Weintraub, 22 NY2d 330; Bein v Lewis, 47 AD2d 538). Mangano, J. P., Weinstein, Lawrence and Eiber, JJ., concur.